UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                         )
                                               )          CASE NO. 13-35349-KLP
Lewis O. Taylor                                )
                                                          CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of $400.00

1.  The filing of a post-confirmation modified plan on **04/15/2015** pursuant to the **trustee's motion to dismiss** on **04/10/2015.**

2.  Fees in the amount of $3,500.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3.  The Attorney is the sole provider of legal services to the Debtor(s).

4.  The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5.  The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
 Fax: (804) 518-5121

Certificate of Service

I certify that I on **09/01/2015,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a

claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton
Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                        )
                                              )        CASE NO. 13-35349-KLP
Lewis O. Taylor
                                                       CHAPTER 13

            Debtor(s)
[P.O. Box 322 ]
[Blackstone, VA 23824
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any)[0259]_____

NOTICE OF MOTION

      Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$400.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

      <u>**Your rights may be affected.**</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **09/16/2015(14 days)** you or your attorney must:

      [X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

            United States Bankruptcy Court
            701 E. Broad Street
            Richmond, VA 23219

      [ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

      [ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):    Richard J. Oulton
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
 Fax: (804) 518-5121


Address of Chapter 13 Trustee:

Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23219-1780


**09/01/2015**                       /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
 Fax: (804) 518-5121

### PROOF OF SERVICE


    I certify that I on **09/01/2015**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.     /s/ Richard J. Oulton
Richard J. Oulton


**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Lewis O. Taylor

Debtor(s)
[P.O. Box 322 ]
[Blackstone, VA 23824

## NAME AND ADDRESSES OF CREDITORS

**American InfoSource LP as agent for**
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

**AmeriCredit Financial Services, Inc.**
PO Box 183853
Arlington, Texas 76096

**AmeriCredit Financial Services, Inc. dba GM Financ**
P O Box 183853
Arlington, TX 76096

**Cash Net USA**
200 W Jackson Suite 1400
Chicago, IL 60606-0000

**Century Link**
PO Box 1319
Charlotte, NC 28201-0000

**Credit Collections Svc**
Po Box 773
Needham, MA 02494-0000

**Focus Recovery Solutions**
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236-0000

**Gm Financial**
Po Box 181145
Arlington, TX 76096-0000

**Great Plains Lending**
1050 East 2nd St. Box 500
Edmond, OK 73034-0000

**James W. Elliot, Esq.**
7100 George Washington Mem Hwy
Yorktown, VA 23692

**Lending Booth**
PO Box 370
Talmage, CA 95481-0000

**Nottoway County Treasurer**
P.O. Box 85
Nottoway, VA 23955

**Oasis Legal Finance, LLC**
Attn: Controller
40 N. Skokie Blvd., 5th Floor
Northbrook, IL 60062

**Plain Green Loans**
93 Mack Rd Suite 600
P O Box 255
Box Elder, MT 59521-0000

**Portfolio Recovery**
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541-0000

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk VA 23541

**Randolph Boyd Cherry Vaughan**
13 East Main St.
Richmond, VA 23220-0000

**SKUTR FINANCIAL, LLC**
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Title Max**
1435 S Main Street
Blackstone, VA 23824-0000

**TitleMax of Virginia, Inc. d/b/a TitleMax**
15 Bull Street, Suite 200
Savannah, GA 31401

**Vanderbilt Mortgage**
Attn: Bankruptcy Dept
P.O. Box 9800
Maryville, TN 37802-0000

**Vanderbilt Mortgage and Finance, Inc.**
PO Box 9800
Maryville, TN 37802

**VCU School of Dentistry Advanced Ed Dept**
Advanced Education Dept
521 North 11th Street
Box 980566
Richmond, VA 23298

**Verizon**
Verizon Wireless Department/Attn: Bankru
Po Box 3397
Bloomington, IL 61702-0000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                    )
                                          )        CASE NO. 13-35349-KLP
Lewis O. Taylor

                                                   CHAPTER 13

### ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of **$400.00** in connection with the following:

The filing of a post-confirmation modified plan on **04/15/2015** pursuant to the **trustee's motion to dismiss** on **04/10/2015.**

There being no objection filed to the application for compensation in this matter to date in the amount of **$400.00** and that the Chapter 13 trustee, **Suzanne E. Wade,** is authorized to pay an additional **$400.00** to America Law Group, Inc. c/o Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
                                      Judge

Notice of Order Entered on Docket

_____

I ask for this:

_____
Richard J. Oulton, VSB# 29640, Counsel for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel. 804-520-2428
 Fax: (804) 518-5121

Seen and agreed

_____
**Suzanne E. Wade**

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.


_____
Richard J. Oulton

Please send a copy of this Order to:


Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780


Lewis O. Taylor

Debtor(s)
[P.O. Box 322 ]
[Blackstone, VA 23824